UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 2 4 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **4:17CR00234 RLW/DDN** |
| v. | ) | |
| | ) | |
| MOHAMMED ALMUTTAN a/k/a Abu Ali, | ) | Cts. 1, 2, 3, 4, 14, 34 |
| RAMI ALMUTTAN a/k/a Abu Louay, | ) | Cts. 1, 2, 14, 60, 61 |
| HISHAM MUTAN a/k/a Abu Mohamed, | ) | Cts. 1, 2, 14 |
| SADDAM MUTAN, a/k/a Abu Ali, | ) | Cts. 1, 5-14, 28, 37, 68-84 |
| MAZIN ABDELSALAM a/k/a Abu Mohammad, | ) | Cts.1, 14-27, 29-33, 35, 36, 38-59, 62-67 |
| NAJEH MUHANA a/k/a Abu Yazan, | ) | Cts. 1, 3 |
| FARES MUHANA a/k/a Abu Yamama, | ) | Ct. 1 |
| AYOUB QAIYMAH a/k/a Abu Faysal, | ) | Ct. 1 |
| NASER ABID, | ) | Ct. 1 |
| YADGAR BARZANJI a/k/a Abu Siver, | ) | Ct. 1 |
| WAFAA ALWAN, | ) | Cts. 1, 6 |
| AHMED ABUALI a/k/a Bazilla, | ) | Ct. 1 |
| MOHAMMED KAYED a/k/a Mohammed Fayez, | ) | Ct. 1 |
| MOMEN ABUALI, | ) | Cts. 1, 11 |
| FIRAT SEVINDIK, | ) | Cts. 1, 9 |
| MOHAMMED MUSTAFA, | ) | Cts. 1, 5 |
| MOHAMMAD KARASHQAH a/k/a Abu Yazid, | ) | Ct. 1 |
| FAYEZ SHEIKHA, | ) | Cts. 1, 3, 4 |
| JIHAD SHIHADEH a/k/a Abu Malik, | ) | Cts. 1, 10 |
| ISMAEL ABADI, | ) | Cts. 1, 7 |
| ABED HAMED a/k/a Abed Fawzan, | ) | Ct. 1 |
| MAHER HAMED a/k/a Abu Alazara, | ) | Ct. 1 |
| ABDEL ADI, | ) | Cts. 1, 13 |
| MUHANAD KHATIB a/k/a Abu Alamin, | ) | Cts. 1, 8 |
| EYAD AWAD, | ) | Cts. 1, 8 |
| DALE GARBIN, | ) | Ct. 1 |
| HAYDER AL FATLI, | ) | Ct. 1 |
| KUTLAY GUVENER, | ) | Cts. 1, 12 |
| SAAD AL MALLAK, | ) | Ct. 2 |
| HASSAN ABDELATIF, | ) | Ct. 2 |
| MAHAJIR NAZ, | ) | Ct. 2 |
| TALAL ABUAJAJ, | ) | Ct. 2 |
| BASEM HAMDAN a/k/a Abu Ramiz, | ) | Ct. 2 |
| ZAINAL SALEH, and | ) | Ct. 2 |
| IBRAHIM AWAD, | ) | Cts. 14, 85, 86 |
| | ) | |
| Defendants. | ) | |

# INDICTMENT

## COUNT 1
### (Conspiracy to Traffic in Contraband Cigarettes)

The Grand Jury charges that:

## BACKGROUND

At all times relevant to this Indictment,

1. A "cigarette" is defined by Title 18, United States Code, Section 2341(1) as (A) "any roll of tobacco wrapped in paper, or any substance not containing tobacco; and (B) any roll of tobacco wrapped in any substance containing tobacco which, because of its appearance, the type of tobacco used in its filter, or its packaging and labeling, is likely to be offered to, or purchased by, consumers as a cigarette."

2. "Contraband cigarettes" is defined by Title 18, United States Code, Section 2341(2) as "a quantity in excess of 10,000 cigarettes which bear no evidence of the payment of applicable state or local cigarette taxes in the state or locality where such cigarettes are found, if the state or local government requires a stamp, impression, or other indication to be placed on packages or other containers of cigarettes to evidence payment of cigarette taxes,...."

3. Every state in the United States imposes some tax (within a wide range) on the retail sale of cigarettes. All states, except North Carolina, South Carolina, and North Dakota require a state tax stamp or imprint be affixed on each individual pack of cigarettes as indicia that the state tax has been paid. Under Illinois state law, an Illinois state tax stamp must be affixed to any original package of cigarettes before a distributor can deliver it to a purchaser. 35 ILCS 130/3. Under Illinois State law, cigarettes that bear a tax stamp of another state are contraband cigarettes. 35 ILCS 130/1. Under Illinois State law, it is unlawful to transport contraband cigarettes into or within the State of Illinois. 35 ILCS 130/9c. The State of Illinois, Cook County, Illinois, and the City of Chicago, require a tax stamp to be affixed to individual cigarette packs as proof of applicable tax payments.

4. In addition to state tax, some local jurisdictions impose a tobacco excise tax on cigarettes. The amount of the tax varies state-by-state and local jurisdiction. For example, the state-local per pack tax rate for St. Louis, City, Missouri is $0.24, while the state-local per pack tax rate for St. Louis County, Missouri is $0.22. The highest combined state-local tax rate is $6.16 per pack in Chicago, Illinois with New York City, NY second at $5.85 per pack. Therefore, cigarettes acquired in a source state such as Missouri, and subsequently sold in a higher tax state such as Illinois, New York or New Jersey ($2.70 state rate, ninth highest), can generate a substantial illegal financial gain for the traffickers when the required taxes in the consumer state are circumvented.

5. It is common for cigarettes to be packaged as follows: 20 cigarettes in a pack, ten packs of cigarettes to a carton; thus a carton contains 200 cigarettes. (50 cartons contain 10,000 cigarettes).

**THE CONSPIRACY**

6. Beginning on an unknown date, but not earlier than January 1, 2014, and continuing until the present date, in the Eastern District of Missouri, the Southern and Northern Districts of Illinois, the District of New Jersey, and elsewhere,

**MOHAMMED ALMUTTAN a/k/a Abu Ali,**
**RAMI ALMUTTAN a/k/a Abu Louay,**
**HISHAM MUTAN a/k/a Abu Mohamed,**
**SADDAM MUTAN, a/k/a Abu Ali,**
**MAZIN ABDELSALAM a/k/a Abu Mohammad,**
**NAJEH MUHANA a/k/a Abu Yazan,**
**FARES MUHANA a/k/a Abu Yamama,**
**AYOUB QAIYMAH a/k/a Abu Faysal,**
**NASER ABID,**
**YADGAR BARZANJI a/k/a Abu Siver,**
**WAFAA ALWAN,**
**AHMED ABUALI a/k/a Bazilla,**
**MOHAMMED KAYED a/k/a Mohammed Fayez,**
**MOMEN ABUALI,**
**FIRAT SEVINDIK,**
**MOHAMMED MUSTAFA,**
**MOHAMMED KARASHQAH a/k/a Abu Yazid,**
**FAYEZ SHEIKHA,**

**JIHAD SHIHADEH a/k/a Abu Malik,**
**ISMAEL ABADI,**
**ABED HAMED a/k/a Abed Fawzan,**
**MAHER HAMED a/k/a Abu Alazara,**
**ABDEL ADI,**
**MUHANAD KHATIB a/k/a Abu Alamin,**
**EYAD AWAD,**
**DALE GARBIN,**
**HAYDER AL FATLI, and**
**KUTLAY GUVENER,**

the defendants herein, did knowingly combine, conspire, confederate, and agree, together and

with other individuals, known and unknown to this Grand Jury, to knowingly transport, receive,

possess, distribute, sell, and purchase contraband cigarettes, as that term is defined in Title 18,

United States Code, Section 3241, which bore no evidence of the payment of the applicable

cigarette taxes in the State of Illinois, contrary to Title 18, United States Code, Section 2342 (a).

## MANNER AND MEANS

7.  The means and methods by which the conspiracy was sought to be accomplished

included, among others, the following:

a.  Defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, and Saddam

Mutan financed the purchase of Missouri tax stamped cigarettes in the St. Louis, Missouri area

from wholesale distributors, primarily Sam's Club Warehouses (Sam's).

b.  Defendants Mohammed Almuttan, Saddam Mutan, and Wafaa Alwan on an

almost daily basis purchased large quantities of Missouri tax stamped cigarettes from Sam's,

primarily using cash.

c.  Defendants Mohammed Almuttan, Saddam Mutan, and Wafaa Alwan, after

making cigarette purchases at Sam's stored the cigarettes at Mohammed Almuttan's residence,

Saddam Mutan's residence, and Mally's Supermarket among other locations.

d.  Defendants Mohammed Almuttan, Saddam Mutan and Yadgar Barzanji made

arrangements for the sale of the stored Missouri tax stamped cigarettes to out of state purchasers

such as Najeh Muhana, Fares Muhana, Muhanad Khatib, Naser Abid, Ayoub Qaiymah, and others.

e.   Out of state purchasers arranged for couriers such as Mohammed Kayed, Ahmed Abuali, Momen Abuali, Mohammed Mustafa, Fayez Sheikha, Mohammed Karashqah, Akram Mojali, Ismael Abadi, Jihad Shihadeh, Eyad Awad, Dale Garbin, Abdel Adi, Abed Hamed, Kutlay Guvener, and others to actually travel to the State of Missouri to deliver payment, receive a load of Missouri tax stamped cigarettes, and transport them to Illinois, New Jersey, and elsewhere.

f.   Defendant Mohammed Almuttan occasionally utilized couriers such as Wafaa Alwan and Hayder Al Fatli to deliver Missouri tax stamped cigarettes to purchasers in the Chicago, Illinois area.

## OVERT ACTS

8.   In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed and caused the following overt acts:

a.   On or about July 6, 2015, Najeh Muhana and Fayez Sheikha were stopped in a van in the State of Indiana transporting 2,460 cartons of Missouri tax stamped cigarettes which they obtained from Mohammed Almuttan in the Eastern District of Missouri earlier that day.

b.   On or about November 2, 2015, Fayez Sheikha was stopped in a pickup truck in the State of Indiana transporting 1,953 cartons of Missouri tax stamped cigarettes which he obtained from Mohammed Almuttan in the Eastern District of Missouri.

c.   On or about November 6, 2015, Najeh Muhana was stopped in a SUV in the State of Indiana transporting approximately $240,000.00 in cash with which he intended to purchase Missouri tax stamped cigarettes from Mohammed Almuttan in the Eastern District of Missouri.

d.   On or about March 16, 2016, Mohammad Karashqah was stopped in a Suburban in the State of Ohio transporting approximately $107,850.00 in cash with which he intended to

purchase Missouri tax stamped cigarettes from Mohammed Almuttan in the Eastern District of Missouri.

      e.  On or about April 5, 2016, Mohammad Karashqah obtained multiple cartons of Missouri tax stamped cigarettes from Mohammed Almuttan in the Eastern District of Missouri and transported them outside the State of Missouri.

      f.  On or about June 25, 2016, Mohammed Mustafa obtained approximately 5,420 cartons of Missouri tax stamped cigarettes from Saddam Mutan in the Eastern District of Missouri and transported them outside the State of Missouri.

      g.  On or about August 25, 2016, Wafaa Alwan was stopped in a Chevrolet Impala in the State of Illinois transporting approximately 500 cartons of Missouri tax stamped cigarettes which she obtained from Saddam Mutan in the Eastern District of Missouri.

      h.  Defendant Jihad Shihadeh acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| 1. | November 22, 2016 | Saddam Mutan |
|----|-------------------|--------------|
| 2. | November 26, 2016 | Saddam Mutan |
| 3. | November 29, 2016 | Saddam Mutan |
| 4. | December 5, 2016 | Saddam Mutan |
| 5. | December 9, 2016 | Saddam Mutan |
| 6. | December 12, 2016 | Saddam Mutan |
| 7. | December 14, 2016 | Saddam Mutan |
| 8. | December 16, 2016 | Saddam Mutan |
| 9. | December 18, 2016 | Saddam Mutan |
| 10. | December 20, 2016 | Saddam Mutan |
| 11. | December 22, 2016 | Saddam Mutan |
| 12. | December 25, 2016 | Saddam Mutan |
| 13. | December 28, 2016 | Saddam Mutan |
| 14. | December 30, 2016 | Saddam Mutan |
| 15. | December 31, 2016 | Saddam Mutan |
| 16. | January 2, 2017 | Saddam Mutan |
| 17. | January 3, 2017 | Saddam Mutan |
| 18. | January 9, 2017 | Yadgar Barzanji |
| 19. | January 10, 2017 | Saddam Mutan |
| 20. | January 13, 2017 | Yadgar Barzanji |
| 21. | January 16, 2017 | Yadgar Barzanji |

| 22. | January 17, 2017 | Saddam Mutan |
|-----|------------------|--------------|
| 23. | January 23, 2017 | Saddam Mutan |
| 24. | January 26, 2017 | Saddam Mutan |
| 25. | January 28, 2017 | Yadgar Barzanji |
| 26. | February 5, 2017 | Yadgar Barzanji |
| 27. | February 6, 2017 | Yadgar Barzanji |
| 28. | February 7, 2017 | Saddam Mutan |
| 29. | February 8, 2017 | Saddam Mutan/Yadgar Barzanji |
| 30. | February 10, 2017 | Saddam Mutan/Yadgar Barzanji |

  i. On or about March 1, 2017, Defendant Jihad Shihadeh was stopped in a pickup truck in the State of Illinois transporting approximately 600 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan and Yadgar Barzanji in the Eastern District of Missouri.

  j. Defendant Ayoub Qaiymah acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| 1. | August 30, 2016 | Saddam Mutan |
|----|-----------------|--------------|
| 2. | November 18, 2016 | Saddam Mutan |
| 3. | November 28, 2016 | Saddam Mutan |
| 4. | December 4, 2016 | Saddam Mutan |

  k. On December 29, 2016, Ayoub Qaiymah was stopped in a van in the State of Illinois transporting approximately $133,000.00 in cash with which he intended to purchase Missouri tax stamped cigarettes from Saddam Mutan.

  l. Defendant Ismael Abadi acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution to co-defendant Naser Abid out of the State of Missouri.

| 1. | November 18, 2016 | Saddam Mutan |
|----|-------------------|--------------|
| 2. | November 30, 3016 | Saddam Mutan |
| 3. | December 4, 2016 | Saddam Mutan |
| 4. | December 6, 2016 | Saddam Mutan |

  m. On or about December 6, 2016, Ismael Abadi was stopped in a Ford Explorer in the State of Illinois transporting approximately 718 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

n. On or about January 25, 2017, Naser Abid was stopped in a Honda Accord in the State of Illinois transporting approximately 68 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

o. Defendant Muhanad Khatib, assisted by the co-defendant listed, acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| 1. | November 14, 2016 | Saddam Mutan | Dale Garbin |
| 2. | November 17, 2016 | Saddam Mutan | Dale Garbin |
| 3. | November 27, 2016 | Saddam Mutan | |
| 4. | December 2, 2016 | Saddam Mutan | |
| 5. | December 6, 2016 | Saddam Mutan | Dale Garbin |
| 6. | December 10, 2016 | Saddam Mutan | |
| 7. | December 14, 2016 | Saddam Mutan | Eyad Awad |
| 8. | December 17, 2016 | Saddam Mutan | Dale Garbin/Eyad Awad |
| 9. | December 23, 2016 | Saddam Mutan | Eyad Awad |

p. On or about December 23, 2016, Muhanad Khatib and Eyad Awad were stopped in a Chevrolet Venture in the State of Illinois transporting approximately 990 cartons of Missouri tax stamped cigarettes which they obtained from Saddam Mutan in the Eastern District of Missouri.

q. Defendant Maher Hamed, assisted by the co-defendant listed, acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| 1. | January 4, 2017 | Saddam Mutan | Abed Hamed |
| 2. | January 5, 2017 | Saddam Mutan | |
| 3. | January 7, 2017 | Saddam Mutan | |
| 4. | January 11, 2017 | Saddam Mutan | |
| 5. | January 16, 2017 | Saddam Mutan | |
| 6. | January 18, 2017 | Saddam Mutan | Abed Hamed |
| 7. | January 20, 2017 | Saddam Mutan | Abed Hamed |
| 8. | January 22, 2017 | Saddam Mutan | Abed Hamed |
| 9. | January 24, 2017 | Saddam Mutan | Abed Hamed |
| 10. | January 25, 2017 | Saddam Mutan | Abed Hamed |

r.  Defendants Ahmed Abuali and Mohammad Kayed acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| | | |
|---|---|---|
| 1. | December 23, 2016 | Saddam Mutan |
| 2. | December 31, 2016 | Saddam Mutan |

s.  Defendant Momen Abuali, assisted by the co-defendants listed below, acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| | | | |
|---|---|---|---|
| 1. | January 13, 2017 | Saddam Mutan | Najeh Muhana |
| 2. | January 20, 2017 | Saddam Mutan | Firat Sevindik |
| 3. | January 27, 2017 | Saddam Mutan | Firat Sevindik |
| 4. | February 3, 2017 | Saddam Mutan | Firat Sevindik |
| 5. | February 20, 2017 | Saddam Mutan | |
| 6. | February 24, 2017 | Saddam Mutan | |
| 7. | March 2, 2017 | Saddam Mutan | |
| 8. | March 16, 2017 | Saddam Mutan | |

t.  On or about February 3, 2017, Defendant Firat Sevindik was stopped in a Chevrolet Suburban in the State of Illinois transporting approximately 1,197 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

u.  On or about March 16, 2017, Defendant Momen Abuali was stopped in a Chevrolet Impala in the State of Illinois transporting approximately 450 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

v.  Defendant Abdel Adi acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| | | |
|---|---|---|
| 1. | February 1, 2017 | Saddam Mutan |
| 2. | March 1, 2017 | Saddam Mutan |
| 3. | March 3, 2017 | Saddam Mutan |
| 4. | March 6, 2017 | Saddam Mutan |
| 5. | March 9, 2017 | Saddam Mutan |
| 6. | March 10, 2017 | Saddam Mutan |
| 7. | March 15, 2017 | Saddam Mutan |

| 8.  | March 20, 2017 | Saddam Mutan |
| 9.  | March 23, 2017 | Saddam Mutan |
| 10. | March 27, 2017 | Saddam Mutan |
| 11. | March 29, 2017 | Saddam Mutan |
| 12. | April 3, 2017 | Saddam Mutan |
| 13. | April 18, 2017 | Saddam Mutan |
| 14. | May 2, 2017 | Saddam Mutan |
| 15. | May 13, 2017 | Saddam Mutan |
| 16. | May 18, 2017 | Saddam Mutan |

w.  On or about May 18, 2017, Defendant Abdel Adi was stopped in a Hyundai Santa Fe in the State of Illinois transporting approximately 1080 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

x.  Defendant Kutlay Guvener acquired contraband cigarettes in the Eastern District of Missouri on the dates below, from the co-defendants below, and transported them for further distribution out of the State of Missouri.

| 1.  | February 15, 2017 | Saddam Mutan |
| 2.  | February 16, 2017 | Saddam Mutan |
| 3.  | February 17, 2017 | Saddam Mutan |
| 4.  | February 23, 2017 | Saddam Mutan |
| 5.  | March 3, 2017 | Saddam Mutan |
| 6.  | March 4, 2017 | Saddam Mutan |
| 7.  | March 6, 2017 | Saddam Mutan |
| 8.  | March 7, 2017 | Saddam Mutan |
| 9.  | March 8, 2017 | Saddam Mutan |
| 10. | March 9, 2017 | Saddam Mutan |
| 11. | March 10, 2017 | Saddam Mutan |
| 12. | March 14, 2017 | Saddam Mutan |
| 13. | March 15, 2017 | Saddam Mutan |
| 14. | March 16, 2017 | Saddam Mutan |
| 15. | March 21, 2017 | Saddam Mutan |
| 16. | March 22, 2017 | Saddam Mutan |
| 17. | March 23, 2017 | Saddam Mutan |
| 18. | March 27, 2017 | Saddam Mutan |
| 19. | March 28, 2017 | Saddam Mutan |
| 20. | March 29, 2017 | Saddam Mutan |
| 21. | May 17, 2017 | Saddam Mutan |

y.  On or about May 17, 2017, Defendant Kutlay Guvener was stopped in a Ford Taurus in the State of Illinois transporting approximately 420 cartons of Missouri tax stamped cigarettes obtained from Saddam Mutan in the Eastern District of Missouri.

z.  Defendant Yadgar Barzanji delivered/acquired Missouri state-tax stamped

cigarettes from/to Saddam Mutan, for delivery to a courier for transportation out of the State of

Missouri.

| 1. | December 22, 2016 | Saddam Mutan |
|---|---|---|
| 2. | February 13, 2017 | Saddam Mutan |
| 3. | February 14, 2017 | Saddam Mutan |
| 4. | February 15, 2017 | Saddam Mutan |
| 5. | February 21, 2017 | Saddam Mutan |
| 6. | February 22, 2017 | Saddam Mutan |
| 7. | February 23, 2017 | Saddam Mutan |
| 8. | February 27, 2017 | Saddam Mutan |
| 9. | March 1, 2017 | Saddam Mutan |
| 10. | March 15, 2017 | Saddam Mutan |

All in violation of, and punishable under, Title 18, United States Code, Section 371.

## COUNT 2
### (Conspiracy to Distribute Controlled Substances and Analogues)

The Grand Jury further charges that:

A.     Beginning on an unknown date, but including 2014 through 2016, and

continuing to on or about the date of this Indictment, with the exact dates known and unknown,

in the Eastern District of Missouri and elsewhere,

**MOHAMMED ALMUTTAN,**
**RAMI ALMUTTAN,**
**HISHAM MUTAN,**
**SAAD AL MALLAK,**
**HASSAN ABDELATIF,**
**MAHAJIR NAZ,**
**TALAL ABUAJAJ,**
**BASEM HAMDAN, and**
**ZAINAL SALEH,**

the defendants herein, did knowingly and unlawfully combine, conspire, agree, and confederate

together with each other and other persons, both known and unknown to the Grand Jury, to

distribute and to possess with the intent to distribute Schedule I controlled substances and

Schedule I controlled substance analogues intended for human consumption, in violation of

Title 21, United States Code, Sections 841(a)(1) and 813.

B.     MANNER AND MEANS OF THE CONSPIRACY

1.     It was part of the drug-trafficking conspiracy that the defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, and others would import chemicals from other countries, including China, to various locations in the Eastern District of Missouri.

2.     It was further part of the drug-trafficking conspiracy that the imported chemicals would often have misleading labels, manifests or declarations regarding contents, in order to avoid detection by law enforcement officers.

3.     It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, and others, would use the imported chemicals to manufacture synthetic drugs.

4.     It was further part of the drug-trafficking conspiracy that the organization set up locations for manufacturing and/or packaging the synthetic drugs including but not limited to a rural property located around Dittmer, Missouri in Jefferson County known to the conspirators as "the Farm."

5.     It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, and others would liquefy the chemicals through a process of adding alcohol, acetone, and/or other solvents.

6.     It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, and others would spray the liquefied chemicals on herbs, such as Damiana and/or Marshmallow leaf, creating synthetic drugs.

7.     It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, and others, would order, purchase, and/or receive manufactured synthetic drugs in pre-packaged and in bulk form

from various synthetic drug distributors throughout the United States, including but not limited to, the States of New Jersey and Illinois.

8. It was further part of the drug-trafficking conspiracy that the chemicals and synthetic drugs would contain controlled substances and/or controlled substance analogues, including, but not limited to, the following:

a) Alpha-pyrrolidinopentiophenone (known as ALPHA-PVP);

b) Methyl 2-(1-(5-fluoropentyl)-1H-indazole-3-carboxamido)-3-methylbutanoate (known as 5F-AMB);

c) 1-(5-Fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole (known as XLR-11);

d) Methyl 2-(1-(4-fluorobenzyl)-1H-indazole-3-carboxamido)-3-methylbutanoate (known as FUB-AMB and/or MMB-FUBINACA);

e) N-(1-Amino-3,3-dimethyl-1-oxobutan-2-yl)-1-(4-fluorobenzyl)-1H-indazole-3-carboxamide (known as ADB-FUBINACA); and

f) N-(1-Amino-3-methyl1-oxobutan-2-yl)-1-pentyl-1h-indazole3-carboxamide (known as AB-PINACA).

9. It was further part of the drug-trafficking conspiracy that defendants, Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, Hassan Abdelatif, Mahajir Naz, Talal Abuajaj, Basem Hamdan, Zainal Saleh, and others owned, operated, managed, and/or were employed at various convenience stores, gas stations, and local markets through out St. Louis City, St. Louis County, and elsewhere including but not limited to SS Phillip's 66, Kenny's Market (AKA Kenyes Market), Northway Market, G&S Market, Page Discount Market, and Hazelwood Discount Cigarettes.

10. It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, Hassan Abdelatif,

Mahajir Naz, Talal Abuajaj, Basem Hamdan, Zainal Saleh, and others would distribute the synthetic drugs from the aforementioned convenience stores, gas stations, and local markets throughout St. Louis City, St. Louis County, and elsewhere.

11. It was further part of the drug-trafficking conspiracy that defendants Mohammed Almuttan, Rami Almuttan, Hisham Muttan, Saad Al Mallak, Hassan Abdelatif, Mahajir Naz, Talal Abuajaj, Basem Hamdan, and others would package and/or distribute the synthetic drugs, consisting of controlled substances and controlled substance analogues, with names including, but not limited to: "Bob Marley," "Green Giant," "Sexy Monkey," "AK-47 24 karat Gold," "Scooby Snax," "Caution," "WTF," "Deadman," "iBlown," "Dr. Feelgood," "7H Hydro," Deadman Walking," "Mr. Big Shot," and "NO MAME," on the packaging.

12. It was further part of the drug-trafficking conspiracy that the aforementioned packages of synthetic drugs were intended for human consumption although the packaging often carried a "not for human consumption" label in an attempt to thwart drug-trafficking laws.

13. It was further part of the drug-trafficking conspiracy that defendants, Mohammed Almuttan, Rami Almuttan, Hisham Mutan, Saad Al Mallak, Hassan Abdelatif, Mahajir Naz, Talal Abuajaj, Basem Hamdan, Zainal Saleh, and others would package and/or distribute the synthetic drugs in plastic condiment cups or other containers that bore no labels.

14. The synthetic drugs would be consumed primarily by smoking the substance in order for the user to obtain a "high."

All in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNTS 3 through 13
**(Trafficking in Contraband Cigarettes)**

The Grand Jury further charges that:

1.    The allegations contained in paragraphs 1 through 5, 7, and 8 are realleged and incorporated as if fully set out herein.

2.    On or about the date set forth below, in Column B, in the Eastern District of Missouri, and elsewhere, the defendant's name in Column C, did knowingly and unlawfully ship, transport, receive, possess, sell, distribute, and purchase contraband cigarettes, as that term is defined in Title 18, United States Code, Section 2341(2), in the approximate amount alleged in Column D, and did aid and abet each of the other named defendants listed in each particular count in so doing.

| A COUNT | B DATE | C DEFENDANTS | D NUMBER OF CIGARETTE CARTONS |
|---|---|---|---|
| 3 | July 6, 2015 | Najeh Muhana<br>Fayez Sheikha<br>Mohammad Almuttan | 2,460 |
| 4 | November 2, 2015 | Fayez Sheikha<br>Mohammad Almuttan | 1,953 |
| 5 | June 25, 2016 | Mohammed Mustafa<br>Saddam Mutan | 5,420 |
| 6 | August 25, 2016 | Wafaa Alwan<br>Saddam Mutan | 500 |
| 7 | December 6, 2016 | Ismael Abadi<br>Saddam Mutan | 718 |
| 8 | December 23, 2016 | Muhanad Khatib<br>Eyad Awad<br>Saddam Mutan | 990 |
| 9 | February 3, 2017 | Firat Sevindik<br>Saddam Mutan | 1,197 |
| 10 | March 1, 2017 | Jihad Shihadeh<br>Saddam Mutan | 600 |
| 11 | March 17, 2017 | Momen Abuali<br>Saddam Mutan | 450 |
| 12 | May 17, 2017 | Kutlay Guvener<br>Saddam Mutan | 420 |
| 13 | May 18, 2017 | Abdel Adi<br>Saddam Mutan | 1080 |

All in violation of Title 18, United States Code, Sections 2342(a) and 2 and punishable under Title 18, United States Code, Section 2344(a).

## COUNT 14
### (Conspiracy to Money Launder)

The Grand Jury further charges that:

1.     Beginning on or about January 1, 2015 and continuing through the present, within the Eastern District of Missouri,

**MOHAMMAD ALMUTTAN,
HISHAM MUTAN,
RAMI ALMUTTAN,
SADDAM MUTTAN,
MAZIN ABDELSALAM, and
IBRAHIM AWAD,**

The defendants herein, did unlawfully and knowingly combine, conspire, confederate, and agree together and with each other, and with others known to the Grand Jury to conduct and attempt to conduct a financial transaction affecting interstate commerce which transaction involved the proceeds of specified unlawful activity, that is, contraband cigarette trafficking

a)     with the intent to promote the carrying on of such specific unlawful activity, and

b)     knowing the transaction was designed in whole or in part to conceal and disguise the nature, location, and source of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1).

### Manner and Means

2.     It was part of the conspiracy that:

a)     the defendants engaged in the unlawful transporting, receiving, possessing, selling, and distributing of contraband cigarettes;

b)     the defendants committed the above unlawful activity by, in part, purchasing Missouri tax-stamped cigarettes;

c)     the defendants ostensibly purchased Missouri tax-stamped cigarettes for resale in the Eastern District of Missouri by the convenience stores they owned and operated utilizing Sam's business memberships;

d)     some of the Missouri tax-stamped cigarettes purchased by the defendants were manufactured by Reynolds;

e)     Reynolds, through a nationwide rebate program, issued rebate checks to the various convenience stores owned and operated by the defendants based on the amount of Missouri tax-stamped cigarettes purchased under the store's account;

f)     the defendants deposited the above rebate checks into bank accounts controlled by the defendants;

g)     the defendants utilized monies from the above bank accounts to further the unlawful activity of contraband cigarette trafficking.

All in violation of, and punishable under, Title 18, United States Code, Section 1956(h).

## COUNTS 15 - 27
### (Money Laundering)

The Grand Jury further charges that:

1.     The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.     On or about the dates alleged below, in the Eastern District of Missouri,

**MAZIN ABDELSALAM,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 0070 (Mally Inc., ATM account), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18,

17

United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 15 | 8/11/2016 | $7,239.60 | Lillian Market |
| 16 | 5/11/2016 | $13,663.60 | Hazelwood Disc Cigarettes |
| 17 | 5/2/2016 | $6,525.40 | Kenny's Discount Cigarettes |
| 18 | 12/17/2015 | $5,187.60 | Lillian Market |
| 19 | 12/8/2015 | $8,449.00 | Six Stars Market |
| 20 | 11/23/2015 | $7,253.90 | Mally Phillips 66 |
| 21 | 10/26/2015 | $5,815.80 | Six Stars Market |
| 22 | 9/21/2015 | $6,839.50 | Hazelwood Disc Cigarettes |
| 23 | 9/16/2015 | $10,107.60 | Lillian Market |
| 24 | 8/14/2015 | $13,568.70 | Broadway Meat Market |
| 25 | 8/3/2015 | $5,616.60 | Hazelwood Disc Cigarettes |
| 26 | 8/3/2015 | $5,815.10 | Kenny's Discount Cig |
| 27 | 8/3/2015 | $7,154.20 | Lillian Market |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNTS 28 - 29
### (Money Laundering)

The Grand Jury further charges that:

1.     The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.     On or about the dates alleged below, in the Eastern District of Missouri,

**SADDAM MUTAN and**
**MAZIN ABDELSALAM,**

the defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 7651 (Mally Inc.), which involved the proceeds of a specified

unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

ENDORSED BY SADDAM MUTAN

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 28 | 5/13/16 | $5,147.50 | Mally Supermarket |

ENDORSED BY MAZIN ABDELSALAM

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 29 | 8/3/15 | $6,426.10 | Mally Phillips 66 |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

### COUNTS 30 - 33
### (Money Laundering)

The Grand Jury further charges that:

1.      The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.      On or about the dates alleged below, in the Eastern District of Missouri,

### MAZIN ABDELSALAM,

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 4066 (M4M LLC), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said

specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 30 | 1/30/17 | $6,471.70 | Conco Gas Station |
| 31 | 11/24/15 | $13,530.80 | Conco Gas Station |
| 32 | 10/27/15 | $6,885.90 | Conco Gas Station |
| 33 | 8/3/15 | $7,903.20 | Conco Gas Station |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNTS 34 - 35
### (Money Laundering)

The Grand Jury further charges that:

1.      The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.      On or about the dates alleged below, in the Eastern District of Missouri,

### MOHAMMED ALMUTTAN and
### MAZIN ABDELSALAM,

the defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 0238 (R&A LLC), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

ENDORSED BY MOHAMMED ALMUTTAN

| COUNT | DATE | AMOUNT | PAYEE |
|---|---|---|---|
| 34 | 1/31/17 | $20,214.70 | Lillian Market |

ENDORSED BY MAZIN ABDELSALAM

| COUNT | DATE | AMOUNT | PAYEE |
|---|---|---|---|
| 35 | 11/14/16 | $8,253.80 | Lillian Market |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

### COUNT 36
### (Money Laundering)

The Grand Jury further charges that:

1. The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2. On or about the dates alleged below, in the Eastern District of Missouri,

**MAZIN ABDELSALAM,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 0555 (SAE & RA LLC, DBA Kenyes Market), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|---|---|---|---|
| 36 | 8/11/16 | $5,059.00 | Kenny's Discount Cigarettes |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNT 37
### (Money Laundering)

The Grand Jury further charges that:

1.    The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.    On or about the dates alleged below, in the Eastern District of Missouri,

**SADDAM MUTAN,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 5685 (Saddam Mutan), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 37 | 8/1/16 | $6,579.20 | Mally Supermarket |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNTS 38 - 59
### (Money Laundering)

The Grand Jury further charges that:

1.    The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2. On or about the dates alleged below, in the Eastern District of Missouri,

**MAZIN ABDELSALAM,**

the defendants herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into First Bank account xxxx xxxx 2254 (Mally Inc. DBA Six Stars Market), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 38 | 1/31/17 | $7,984.20 | Six Stars Market |
| 39 | 1/30/17 | $6,896.20 | Six Stars Market |
| 40 | 1/9/17 | $7,275.80 | Hazelwood Disc Cigarettes |
| 41 | 12/23/16 | $8,253.80 | Lillian Market |
| 42 | 12/23/16 | $6,993.20 | Kenny's Discount Cigarettes |
| 43 | 12/23/16 | $7,275.80 | Hazelwood Disc Cigarettes |
| 44 | 12/12/16 | $8,296.40 | Hazelwood Disc Cigarettes |
| 45 | 12/9/16 | $9,429.20 | Lillian Market |
| 46 | 12/9/16 | $7,986.80 | Kenny's Discount Cigarettes |
| 47 | 11/28/16 | $8,253.80 | Lillian Market |
| 48 | 11/28/16 | $6,993.20 | Kenny's Discount Cigarettes |
| 49 | 11/28/16 | $7,275.80 | Hazelwood Disc Cigarettes |
| 50 | 11/16/16 | $6,993.20 | Kenny's Discount Cigarettes |
| 51 | 11/16/16 | $7,275.80 | Hazelwood Disc Cigarettes |
| 52 | 11/2/16 | $5,258.60 | Kenny's Discount Cigarettes |
| 53 | 11/2/16 | $6,949.70 | Hazelwood Disc Cigarettes |
| 54 | 11/2/16 | $6,993.20 | Kenny's Discount Cigarettes |
| 55 | 11/2/16 | $8,253.80 | Lillian Market |
| 56 | 11/2/16 | $7,275.80 | Hazelwood Disc Cigarettes |
| 57 | 8/1/16 | $5,059.00 | Kenny's Discount Cigarettes |
| 58 | 8/1/16 | $6,477.40 | Hazelwood Disc Cigarettes |
| 59 | 8/1/16 | $7,239.60 | Lillian Market |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNTS 60 - 61
### (Money Laundering)

The Grand Jury further charges that:

1.     The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.     On or about the dates alleged below, in the Eastern District of Missouri,

**RAMI ALMUTTAN,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit:  the deposit of RJ Reynolds rebate checks into First Bank account xxxx xxxx 2005 (Eagle Foods LLC, DBA Northway Market), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 60 | 9/22/16 | $2,019.00 | Northway Market |
| 61 | 8/12/16 | $2,019.00 | Northway Market |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

## COUNTS 62 - 67
### (Money Laundering)

The Grand Jury further charges that:

24

1.    The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.    On or about the dates alleged below, in the Eastern District of Missouri,

**MAZIN ABDELSALAM,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit:  the deposit of RJ Reynolds rebate checks into First Bank account xxxx xxxx 2306 (Mally Inc.), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|---|---|---|---|
| 62 | 10/11/16 | $6,477.40 | Hazelwood Disc Cigarettes |
| 63 | 10/11/16 | $5,059.00 | Kenny's Discount Cigarettes |
| 64 | 9/22/16 | $6,477.40 | Hazelwood Disc Cigarettes |
| 65 | 9/22/16 | $5,059.00 | Kenny's Discount Cigarettes |
| 66 | 9/13/16 | $6,477.40 | Hazelwood Disc Cigarettes |
| 67 | 8/26/16 | $5,059.00 | Kenny's Discount Cigarettes |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

### COUNTS 68 - 84
### (Money Laundering)

The Grand Jury further charges that:

1.    The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2.    On or about the dates alleged below, in the Eastern District of Missouri,

**SADDAM MUTAN,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into First Bank account xxxx xxxx 2199 (MM&A LLC, DBA Mally Supermarket), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 68 | 1/31/17 | $18,017.20 | Mally Supermarket |
| 69 | 1/9/17 | $7,957.60 | Mally Supermarket |
| 70 | 12/27/16 | $7,957.60 | Mally Supermarket |
| 71 | 12/9/16 | $9,079.00 | Mally Supermarket |
| 72 | 11/25/16 | $7,957.60 | Mally Supermarket |
| 73 | 11/15/16 | $7,957.60 | Mally Supermarket |
| 74 | 11/1/16 | $7,957.60 | Mally Supermarket |
| 75 | 10/28/16 | $7,961.00 | Mally Supermarket |
| 76 | 10/6/16 | $6,579.20 | Mally Supermarket |
| 77 | 9/22/16 | $6,579.20 | Mally Supermarket |
| 78 | 9/12/16 | $6,579.20 | Mally Supermarket |
| 79 | 8/25/16 | $6,579.20 | Mally Supermarket |
| 80 | 8/11/16 | $6,579.20 | Mally Supermarket |
| 81 | 7/11/16 | $6,506.60 | Mally Supermarket |
| 82 | 6/28/16 | $6,506.60 | Mally Supermarket |
| 83 | 6/14/16 | $7,316.20 | Mally Supermarket |
| 84 | 4/4/16 | $8,063.40 | Mally Supermarket |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

### COUNTS 85 - 86
### (Money Laundering)

The Grand Jury further charges that:

1. The allegations contained in Counts 1 and 14 are incorporated by referenced as if fully set forth here.

2. On or about the dates alleged below, in the Eastern District of Missouri,

**IBRAHIM AWAD,**

the defendant herein, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to-wit: the deposit of RJ Reynolds rebate checks into Bank of America account xxxx xxxx 0908 (Broadway Meat Market LLC), which involved the proceeds of a specified unlawful activity, that is, trafficking in contraband cigarettes, in violation of Title 18, United States Code, Section 2342, knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions knew that the property involved represented the proceeds of some unlawful activity.

| COUNT | DATE | AMOUNT | PAYEE |
|-------|------|--------|-------|
| 85 | 5/2/16 | $1,333.30 | Broadway Meat Market |
| 86 | 11/25/15 | $10,885.60 | Broadway Meat Market |

All in violation of, and punishable under, Title 18, United States Code, Sections 1956(a)(1)(B)(i) and (d).

**FORFEITURE ALLEGATION**

The Grand Jury further finds probable cause that:

1. Pursuant to Title 18, United States Code, Section 981(a), Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303, upon conviction of an offense in violation of Title 18, United States Code, Section 2341, 2342, 2343, 2344, 2345, or 2346 or conspiracy to commit such offense, as set forth in Counts 1 and 3 through 13, the defendant(s) shall forfeit to the United States of America any property, constituting, or derived

from, any proceeds obtained, directly or indirectly, as the result of such violation(s), and any vehicle involved in such violation(s).

      a.   Subject to forfeiture is a sum of money equal to the total value of any property, real and personal, constituting or derived from any proceeds traceable to said offenses.

2.     Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 846, as set forth in Count 2, the defendant(s) shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

      a.   Subject to forfeiture is a sum of money equal to the total value of any property, real and personal, constituting or derived from any proceeds traceable to said offense.

3.     Pursuant to Title 18, United States Code, Section 982(a), upon conviction of an offense in violation of Title 18, United States Code, Section 1956 or 1957, as set forth in Counts 14 through 86, the defendants shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property.

      a.   Subject to forfeiture is a sum of money equal to the total value of property, real and personal, involved in said offenses.

4.     Specific property subject to forfeiture includes, but is not limited to, the following:

      a.   real property located at 3615 Bridgeton Valley Circle, Bridgeton, Missouri 63044, being more particularly described as follows:

         Lot 11 of Bridgeton Valley Subdivision, a subdivision in St. Louis County, Missouri, according to the plat thereof recorded in Plat Book 266, Page 62 of the St. Louis County Records.

5. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.


_____
FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney


_____
JOHN J. WARE, #40880MO
Assistant United States Attorney


_____
JOHN R. MANTOVANI, #50867MO
Assistant United States Attorney