IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 4:17-CR00234 RLW/DDN |
| RAMI ALMUTTAN | ) |
| DEFENDANTS. | ) |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes now Defendant, Rami Almuttan, by and through counsel and requests this Court for leave to file the attached Document under seal.

s/ Christopher P. Threlkeld
Christopher P. Threlkeld, #6271483
LUCCO, BROWN, THRELKELD & DAWSON L.L.P.
224 St. Louis Street
P. O. Box 539
Edwardsville, IL  62025
Telephone: (618) 656-2321
Facsimile: (618) 656-2363
cthrelkeld@lbtdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January 2019, I hereby certify that a copy of the foregoing **Motion for Leave to File Document Under Seal** was filed electronically to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Christopher P. Threlkeld