UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:17 CR 234 RLW / DDN |
| MOHAMMED ALMUTTAN, *et al.*, | ) |
| Defendants. | ) |

### ORDER SETTING SCHEDULING CONFERENCE

After reviewing the parties' joint Status Report, filed on January 15, 2021, which includes a request for the setting of an attorneys-only scheduling conference,

**IT IS HEREBY ORDERED** that an attorneys-only scheduling conference is set for **Friday, April 23, 2021, at 11:00 a.m.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ David D. Noce
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on January 19, 2021.