UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17 CR 234 RLW ) |
| MOHAMMED ALMUTTAN, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS COUNTS

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and John J. Ware, Assistant United States Attorney for said district, and moves to dismiss counts and in support thereof states:

Pursuant to a guilty plea agreement between the parties and defendant's entry of a guilty plea, the Government moves to dismiss, without prejudice, Counts 2, 3, 4, 14, and 34 as to Defendant Mohammed Almuttan.

Wherefore, the Government moves the Court to dismiss the above-referenced counts.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ John J. Ware*
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

      /s/ *John J. Ware*
      JOHN J. WARE, #40880MO
      Assistant United States Attorney