# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-234 RLW |
| MOHAMMED ALMUTTAN, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF PARTIAL DISMISSAL AS TO DEFENDANT MOHAMMED ALMUTTAN

Before the Court is the Government's Motion to Dismiss Counts as to Defendant Mohammed Almuttan (ECF No. 1958). The Motion seeks dismissal of Counts 2, 3, 4, 14, and 34 of the Indictment against Mohammed Almuttan only, pursuant to a guilty plea agreement between the parties.

The Court finds that the Government's Motion to Dismiss Counts as to Defendant Mohammed Almuttan should be granted. See Rule 48(a), Fed. R. Crim. P.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Counts as to Defendant Mohammed Almuttan (ECF No. 1958) is **GRANTED**.

**IT IS FURTHER ORDERED** that Counts 2, 3, 4, 14, and 34 of Indictment in this matter are **DISMISSED** as to Defendant Mohammed Almuttan only.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 8th day of April, 2022.