UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17CR00234 RLW |
| | ) | |
| MOHAMMED ALMUTTAN, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, Defendant Mohammed Almuttan has pled guilty to Count I of the Indictment charging the offense of Conspiracy to Traffic in Contraband Cigarettes, in violation of Title 18, United States Code, Section 371;

WHEREAS, the Indictment also alleged the forfeiture of certain property as a result of the offense alleged in Count I;

WHEREAS, in the written Guilty Plea Agreement, Defendant agreed to the forfeiture of the certain property, including but not limited to certain specific assets as more particularly described below (the "Subject Property");

WHEREAS, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including Defendant's Guilty Plea Agreement, that the above-described property is subject to forfeiture, and that the United States has established the requisite nexus between the Subject Property and Defendant's offense;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.      That the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461: any

property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Conspiracy to Traffic in Contraband Cigarettes.

2.     That the following Subject Property is declared forfeited:

(a)     Approximately $11,677.00 US Currency;

(b)     Approximately $68,376.00 US Currency;

(c)     Approximately $50,200.00 US Currency;

(d)     Approximately $522..00 US Currency;

(e)     Approximately $2,110.00 US Currency;

(f)     Approximately $90.00 U.S. Currency;

(g)     Approximately $880.00 U.S. Currency;

(h)     Approximately $114,580.00 U.S. Currency;

(i)     Approximately $13,144.86 U.S. Currency;

(j)     Approximately $31,989.42 U.S. Currency;

(k)     Approximately $62,640.00 U.S. Currency;

(l)     Approximately $38,631.00 U.S. Currency;

(m)     Approximately $65,039.07 U.S. Currency;

(n)     Approximately $29,426.00 U.S. Currency;

(o)     Approximately $9,360.00 U.S. Currency;

(p)     Approximately $1,800.00 U.S. Currency;

(q)     Approximately $2,200.00 U.S. Currency;

(r)     Approximately $12,980.29 U.S. Currency;

(s)     Approximately $3,505.00 U.S. Currency;

2

(t)        Approximately $6,585.00 U.S. Currency;

(u)        Approximately $5,840.00 U.S. Currency;

(v)         Approximately $1,130.00 U.S. Currency;

(w)        Approximately $400.00 U.S. Currency;

(x)        Approximately $60.00 U.S. Currency;

(y)        Approximately 33 Money Gram Orders, equal to the amount of $5,170.15 U.S.

Currency;

(z)        Approximately $111,136.99 in funds from First Bank account #...2005;

(aa)       Approximately $76,862.95 in funds from First Bank account #...2254;

(bb)       Approximately $3,713.35 in funds from Bank of American account #...3953;

(cc)       Approximately $4,992.24 in funds from Bank of America account #...5251;

(dd)        Approximately $29,878.22 in funds from Bank of America account #...0908;

(ee)       Approximately $3,530.57 in funds from Bank of America account #...0238;

(ff)       Approximately $10, 175.01 in funds from Bank of America account #...4066;

(gg)       Approximately $18,771.70 in funds from Bank of America account #...4717;

(hh)       Approximately $8,889.23 U.S. Currency from Bank of America acct#...4901;

(ii)       Approximately $4,620.64 U.S. Currency from Bank of America acct#...5685;

(jj)       Approximately $10,021.45 U.S. Currency from Bank of America acct#...7651;

(kk)       Approximately $15,286.26 U.S. Currency from Bank of America acct#...0555;

(ll)       Approximately $7,065.48 U.S. Currency from Bank of America acct#...5060;

(mm)       Approximately $13,804.07 U.S. Currency from Bank of America acct#...0070;

(nn)       Approximately $243,317.14 U.S. Currency from First Bank acct#...2199;

3

(oo)     Approximately $289,547.54 U.S. Currency from First Bank acct#...1268;

(pp)     Approximately $1,842.69 U.S. Currency from First Bank acct#...2306;

(qq)     Approximately $683,850.12 U.S. Currency from Great Southern Bank acct#...8246;

(rr)      2014 Ford Taurus, VIN: 1FAHP2H83EG150757;

(ss)     2016 Mercedes Sprinter Van, VIN: WD3PE7DD2GP292946;

(tt)      Assorted Silver Coins, more particularly described as:

    i.     Approximately 38 1956-1970 Silver Half Dollars,
    ii.    Approximately 1 2003 American Silver Eagle,
    iii.   Approximately 1 1922 Peace Silver Dollar,
    iv.    Approximately 451 Kennedy Half Dollars,
    v.     Approximately 43 Eisenhower Silver Dollars, and
    vi.    Approximately 6 Susan B. Anthony Silver Dollars;

(uu)    4,223 cartons of cigarettes;

(vv)    Glock 17 9mm handgun, SN: XAV564;

(ww)    Glock 17 9mm handgun, SN: LN028;

(xx)    Derringer CB9 9mm handgun, SN2: CT166992;

(yy)    North American Arms Magnum .22 handgun, SN: E314745;

(zz)    Rossi 971 .357 revolver, SN: GN743267;

(aaa)   Ruger Single Six .22 revolver, SN: 461454;

(bbb)   Browing Hi-Power MKIIIS .9mm pistol, SN: 511ZW51000;

(ccc)   Beretta 9mm pistol, SN: BER460524, including 9mm ammunition and magazine;

(ddd)   CZ 75 D Compact pistol, SN: B787042, including 9mm magazine;

(eee)   Tavor Sar .223 rifle, SN: T0034719, including .223 ammunition;

4

(fff)    Eotech gun sight, SN: A0949506 and Sight Mark laser sight;

(ggg)    Beretta 9mm pistol, SN: K22828Z, including 9mm ammunition and magazine;

(hhh)    Mosin Nagant rifle, SN: Unknown;

(iii)    Ruger revolver, SN: 54152385,

(jjj)    Bushmaster XM-15 rifle, SN: BK5205424, including .223 ammunition and magazine;

(kkk)    Ruger SR9 pistol, SN: 330-66739, including 9mm ammunition and magazine;

(lll)    Rifle scope, SN: 5MM16629;

(mmm) Steyr M9 9mm handgun, SN: 040956, including 9mm ammunition and magazine;

(nnn)    H&R revolver, SN: R16228;

(ooo)    Springfield Armory handgun, SN: X5902467, including .380 ammunition and magazine;

(ppp)    Smith & Wesson pistol, SN: RBE2632, including .40 caliber ammunition and magazine;

(qqq)    Springfield Armory semi-automatic pistol, SN: Unknown, including 9mm ammunition and magazine;

(rrr)    Sig Sauer handgun, SN: AM161503, including all ammunition and magazines;

(sss)    Glock handgun, SN: EBT187US, including all ammunition and magazines;

(ttt)    Feg Hungary handgun, SN: R44735, including all ammunition and magazines;

(uuu)   New England 12 gauge shotgun, SN: NY509895;

(vvv)   Rock River rifle, SN: AV4025159;

(www)   Additional miscellaneous ammunition, attachments and magazines;

(xxx)   Hyosung 1500 ATM, Terminal ID# P181843;

(yyy)   Hantle 1700 ATM, Terminal ID# P288811;

(zzz)   Hantle 1700 ATM, Terminal ID# P235335;

(aaaa)  Hyosung 1500 ATM, Terminal ID# P205196;

(bbbb)  Hyosung 1520 ATM, Terminal ID #P297338;

(cccc)  Hyosung 1500 ATM, Terminal ID #P244872;

(dddd)  GenMega 2500 ATM, Terminal ID# P189178;

(eeee)  Tranax 1700 ATM, Terminal ID# P221894;

(ffff)  Hyosung 1800 ATM, Terminal ID# P265004;

(gggg)  Tranax 1700W ATM, Terminal ID# P149717;

(hhhh)  Tranax 1700W ATM, Terminal ID# P149722;

(iiii)  Hyosung Halo-II ATM, Terminal ID# P149718;

(jjjj)  Tranax 1700W ATM, Terminal ID# P149724;

(kkkk)  Hyosung 2700T ATM, Terminal ID# P225185;

(llll)  Tranax 1700W ATM, Terminal ID# P149715;

(mmmm)  Approximately 2 gold colored bracelets;

(nnnn)  Approximately 2 gold colored rings;

(oooo)  Gold colored necklace;

(pppp)  Rolex white face watch;

6

(qqqq)   Rolex black face watch;

(rrrr)   Police badge;

(ssss)   Club cards;

(tttt)   Sams Club membership card;

(uuuu)   Approximately 7 EBT cards;

(vvvv)   Approximately 5 pre-paid debit cards;

(wwww)   RJ Reynolds rebate check in the amount of $3,829.20; and

(xxxx)   RJ Reynolds rebate check in the amount of $12,266.40.

3.      That the aforementioned forfeited property is to be held by the United States, as indicated, in its secure custody and control.

4.      That pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is hereby authorized to conduct any discovery permitted by the Federal Rules of Civil Procedure in order to identify, locate, or dispose of any property subject to forfeiture under this order, including depositions, interrogatories, subpoenas, and requests for production.

5.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and Defendant's consent, this Order is now final as to Defendant, and shall be made part of the sentence and included in the judgment.

6.      That the United States shall publish notice of this Order and send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture as set forth in Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n).

7.      That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of the property to which the United States is entitled will be ordered forfeited, to be disposed of according to law.

The Clerk is hereby directed to send copies of this order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2022.


_____
HONORABLE RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE