**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:17-CR-234-RLW |
| v. ) | |
| ) | |
| MOHAMMED ALMUTTAN, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT MOHAMMED ALMUTTAN'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Defendant, Mohammed Almuttan ("Almuttan"), by and through undersigned counsel, respectfully moves this Court for a 14-day extension of the deadline for filing objections to the draft presentence investigation report ("PSR"). (Doc. 2023).

The PSR was issued on June 2, 2022, making the deadline for filing objections June 16, 2022. Due to scheduling difficulties, undersigned counsel have been unable to meet with and discuss with Almuttan concerning whether to file objections to the PSR. As such, undersigned counsel require a brief extension of time to file objections so as to allow time for undersigned counsel to review the PSR with Almuttan. This request is not intended to hinder or unnecessarily delay the proceedings.

Based on the foregoing, Almuttan respectfully requests that this Court briefly extend the deadline for filing objections to the PSR to June 30, 2022.

Respectfully submitted,

**Margulis Gelfand, LLC**

 */s/ Ian T. Murphy*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
ATTORNEYS FOR DEFENDANT

<u>**Certificate of Service**</u>

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

<div style="margin-left: 50%;">

<u>*/s/ Ian T. Murphy*</u>
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0230
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
ATTORNEYS FOR DEFENDANT

</div>