# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:17-CR-00234 -RLW-DDN |
| | ) | |
| MOHAMMED ALMUTTAN, | ) | FILED UNDER SEAL |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR CONTINUANCE OF THE SENTENCING HEARING

Defendant Mohammed Almuttan ("Almuttan"), by and through undersigned counsel, respectfully requests that this Court continue his sentencing hearing which is presently scheduled for July 7, 2022. Counsel for the United States does not oppose this request. Almuttan states as follows:

1. The sentencing date for Almuttan is currently set for July 7, 2022.

2. █████████████████████████████████████████████████████████████████████

3. Almuttan and counsel for the United States agree that it is in the interest of justice to continue this matter for 60 days.

4. This request is not intended to unnecessarily hinder or delay the proceedings.

Based on the foregoing, Almuttan respectfully requests that the sentencing date of July 7, 2022 be vacated and continued for 60 days, to a date that is convenient for the Court and the parties, and for such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

**MARGULIS GELFAND, LLC**

<u>*/s/ Ian T. Murphy*</u>
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
ATTORNEYS FOR ALMUTTAN

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court. I further certify that the foregoing was emailed to counsel for the United States.

>  */s/ Ian T. Murphy*
> JUSTIN K. GELFAND, #62265
> IAN T. MURPHY, #68289
> 7700 Bonhomme Ave., Ste. 750
> St. Louis, MO 63105
> Telephone: 314.390.0234
> Facsimile: 314.485.2264
> justin@margulisgelfand.com
> ian@margulisgelfand.com
> ATTORNEYS FOR ALMUTTAN