UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17 CR 234 RLW ) |
| MOHAMMED ALMUTTAN, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO FILE A SEALED DOCUMENT**

COMES NOW the United States of America, by and through undersigned counsel, and pursuant to Eastern District of Missouri Local Rule 13.05(A)(4)(a), moves for leave of Court to file a sealed document for the reasons set forth in the accompanying memorandum in support.

Undersigned counsel has confirmed that counsel for defendant does not oppose the sealing of this document.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 /s/ *John J. Ware*
JOHN J. WARE, #40880MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                               */s/ John J. Ware*
                                               JOHN J. WARE, #40880MO
                                               Assistant United States Attorney