

September 22, 2022

To Whom It May Concern:

Please be advised that Mr. Mohammed Almuttan is in good standing with the St. Louis City National Association for the Advancement of Colored People (NAACP) for the following reasons:

Frist, Mr. Almuttan is a small business owner that hires from the local neighborhoods where he operates several convenience stores in St. Louis City and St. Louis County.

Secondly, his stores are the reason some North St. Louis City Neighborhoods are no longer food deserts. Mohammed provide fresh fruits and vegetables at all of his stores.

Third, Mr. Almuttan is kind and charitable. He donates school supplied, food items as well as makes cash donations to needy families. I have personally referred families and individuals to him for help and he has yet to refuse a request.

If you have any questions or need additional information, please feel free to contact me.

Sincerely,

Rev. Elston K. McCowan
(314) 496-7861 Personal Mobil Phone
(314) 361-8600 NAACP Local Main Office Number
revemccowan@yahoo.com

---

**National Association for the Advancement of Colored People St. Louis Branch**
4811 Delmar ▪ Saint Louis, Missouri 63108 ▪ Tel: 361-8600 ▪ Fax: 361-4334
stlouisnaacp@sbcglobal.net

Abdulai Bah
1781 Night Drive
St. Louis, MO 63031

September 25, 2022

Ref.: **Mohammed Almuttan**

The Honorable Ronnie L. White
United States District Judge
United States District Court
Eastern District of Missouri
111 South Tenth Street
St. Louis, MO 63102

Dear Judge White:

I have know Mohammed Almuttan as a good friend for over three solid years. I was both troubled and surprised to hear about his recent case as he has always been a solid and serious person. It is for this reason I am happy to write a letter of reference for Mr. Almuttan regarding this matter. I understand the seriousness of the matter however; hope the court will show some leniency.

Mohammed Almuttan has always been an upright character in the community. In our friendship, he has really been there for me, especially when the Covid-19 hit and the company I worked for had to reduce my working hours. He made it a point to be there and show a significant amount of support during a sudden and arduous job search. It was Mohammed Almuttan that was a source of camaraderie for both me and my family. He has truly been a good friend over the years.

In addition to our friendship, he is a usually upstanding member in the community both at his neighborhood and the cities he is operating his various businesses in the St. Louis Area and its environs. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions, I believe that as we move forward, he will emerge a better person. In short, Mohammed Almuttan expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Mohammed Almuttan to be an honorable individual, a valuable member of my community, and a good human being.

Sincerely,

Abdulai Bah