

**NADIM T. NASRALLAH, M.S., D.C., M.A.**

11500 Olive Street Road
Suite 112
Creve Coeur, MO 63141
Telephone: (314) 997-7770
Fax: (314) 997-7732

09/26/2022

Honorable Judge Ronnie L White
United States District Court for the Eastern District of Missouri
111 South Tenth Street
St. Louis, Missouri, 63102

Dear Judge White,

    I have known Mohammed Almuttan for more than twenty years, and have had the opportunity to know Mohammed on both a professional and social basis.

    I have always known Mohammed to be hardworking and scrupulously conscientious in his businesses. He performed some of the labor himself and employed so many minorities in his several stores with the help of his brother.

    Mohammed is a sincerely religious man. His faith is not showy or overdone, and did not come about merely because of his recent trouble with the law. He has been a devoted husband and father since I have known him, and his efforts in labor and work always- (he always told me nothing is free). His best words after getting his green card were "This is the greatest country and I'm proud to be in America".

    One of the things I've noticed and admired about Mohammed is his interest in other people and the ability to make people feel comfortable and enjoy themselves and 'give rather than receive,' and he's been able to maintain this ability in spite of the horrible distraction caused by this case. I didn't realize how truly modest Mohammed was until recently when I was asked to be a part and tend to his care with two other surgeons and therapists at Barnes Hospital after he fell victim to a gunshot wound.

    This is a significant achievement to overcome for an immigrant who escaped multiple injuries and loss of his father during the war and hardship in Palestine, to enter into the US with his brother and learn the value of hard work and the meaning of the phrase "nothing is free". He has certainly had several opportunities to tell me about his experiences but he simply isn't one to boast about himself.

    In closing, I am proud to consider Mohammed a friend. I would hope that you will see fit to exercise whatever discretion you may have in sentencing to do so favorably to him, his wife, and young children.

Very truly yours,

Nadim T. Nasrallah M.S., D.C., M.A.