

Walbridge STEAM Academy – 5000 Davison Ave. - St. Louis, Mo. 63120 – (314) 383-1829

September 28, 2022

To Whom It May Concern:

Mr. Mohammed Almuttan is a patron of Walbridge S.T.E.A.M. Academy. As such, Mr. Almuttan donates regularly to our school. He has consistently over the years provided food baskets for needy families from our school throughout the year and especially during the holidays.

At the school's request, Mr. Almuttan store, of which he is the proprietor, provides fresh fruits and vegetables, thus knocking a dent in what we refer to as a food desert. He is a pillar in the community and a much needed and valued resource.

If you need any additional references, or have additional questions or concerns, please contact me directly at the school at (314) 383-1829.

Sincerely,

*Mildred Moore*

Ms. Mildred Moore
Principal, Walbridge S.T.E.A.M. Academy
mildred.moore@slps.org