October 2, 2022

US District Court for the Eastern District
The Honorable Judge Ronnie White
Thomas Eagleton US Court House
111 S. 10th Street
St. Louis, MO 63102

US Attorney Office Eastern District
Attorney Sayler A. Fleming
Thomas Eagleton US Court House
11 S. 10th Street, 20th Street
St. Louis, MO 63102

Honorable Judge Ronnie White,

I write this letter is strong opposition to any leniency which may be afforded to Mohammed Almuttan, who has been found guilty in committing crimes against this State and Country, for which he has plead, guilty as charge.

Mr. Almuttan, has not only been detrimental to the business community, in which him and his associates have and are still a part of. It also should be noted, he also was very damaging to the young people, especially Black children regarding their safety and health in the communities in which they live, due to his crimes. His businesses are still operating and thriving in the St. Louis Metropolitan Area, which in my opinion is a direct insult to these communities, due to the illegal actions of Mr. Almuttan and his associates. Just to name a few of his and his associates illegal activities as reported by the many media outlets, both locally and nationally and which are outlined in his and in his associates many federal indictments, charges which were questionably dropped or dismissed, due to his cooperation with Justice. His and his associates crimes, are reported and was document in earlier indictments; insurance fraud, arson, possession of illegal contraband and controlled drugs and most importantly Terrorism. These actions are definitely not the actions of a respectable, law abiding US Citizen, a business person, who leads by moral example to his family, as stated in his Sentencing Memorandum. This man worked with the US Justice department to entrapped law abiding citizens in petty crimes, by displaying his wealth and willingness to give it to them for his and his businesses gains. It's no coincidence his actions were only directed toward Black persons, living and working in low poverty communities. Mr. Almuttan offer to give up $2,000,000 for his plea deal, should have included language to give these funds back to the Communities he has insulted and damaged by his crimes.

Absolutely **"No Leniency"** should be considered and this defendant, Mohammed Almutan, should received the maximum penalties available to the Courts, or he has demonstrated, he should be deported back to his Country of Birth.

*David L. Jackson*
David Jackson
(314) 565-9476

Cc:     St. Louis Post Dispatch           C-Span
        The New York Times                The Bureau of Investigative Journalism
        The Wall Street Journal           NPR
        Associated Press News             Reuters
        USA Today

D. Jackson
5415 Arlington Avenue
St. Louis, MO 63120

**RECEIVED**

**OCT -3 2022**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

US District Court for the Eastern District
The Honorable Judge Ronnie White
Thomas Eagleton US Court House
111 S. 10th Street
St. Louis, MO 63102