# US Court of Appeals - Eighth Circuit
# NOA Supplement

**Caption:** USA v. Almuttan et al

**USCA#:**

**Case Number:** 4:17-CR-00234-RLW

**Plaintiff:** UNITED STATES OF AMERICA

**Defendant:** MOHAMMED ALMUTTAN, et al.

**Attorney:** See Docket Sheet

**Attorney:**
Justin K. Gelfand (for dft)
7700 Bonhomme Ave.
Suite 750
St. Louis, MO 63105
Ph: 314-390-0234 Fax:
Email: justin@margulisgelfand.com

Ian Talbot Murphy (for dft)
7700 Bonhomme Ave.
Suite 750
St. Louis, MO 63105
Ph: 314-390-0234 Fax:
Email: ian@margulisgelfand.com

**Court Reporter(s):** Linda Nichols

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Joshua Cowen at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | PAID | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: Yes   Where: Unknown

**Please list all other defendants in this case if there were multiple defendants:**