**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CR-234 RLW |
| | ) | |
| MOHAMMED ALMUTTAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This closed criminal case is before the Court on Defendant Mohammed Almuttan's Unopposed Motion for Permission To Travel Pursuant to Conditions of Pretrial Release (ECF No. 2564), in which Defendant requests permission to travel to Philadelphia, Pennsylvania, from June 17, 2023 to June 19, 2023, to visit his children who are staying with family. The Motion states that Assistant United States Attorney John Ware has no objection to the requested travel, and that Defendant's supervising Pretrial Services Officer defers to the Government. After careful consideration of the motion and the record as a whole, the Court will deny the unopposed motion to travel.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Mohammed Almuttan's Unopposed Motion for Permission To Travel Pursuant to Conditions of Pretrial Release (ECF No. 2564) is **DENIED.**

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 15th day of June, 2023.