UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-234 RLW ) |
| MOHAMMED ALMUTTAN, | ) **FILED UNDER SEAL** ) |
| Defendant. | ) |

**DEFENDANT MOHAMMED ALMUTTAN'S RESPONSE** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Defendant Mohammed Almuttan ("Almuttan"), by and through undersigned counsel, respectfully responds ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

**RELEVANT BACKGROUND**

A federal grand jury charged Almuttan and three of his brothers—Hisham Mutan, Rami Almuttan, and Saddam Mutan—with several non-violent offenses in May 2017. On April 7, 2022, Almuttan pled guilty to Count 1, Conspiracy to Traffic Contraband Cigarettes. This Court sentenced Almuttan and his brothers on October 3, 2022.

1

[Page content fully redacted]

[page content fully redacted]

4

## ADDITIONAL INFORMATION



[redacted]

███████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████

## CONCLUSION

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

██████████████████████████████████████████

██████

Respectfully submitted,

**Margulis Gelfand, LLC**

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND
IAN T. MURPHY
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile:314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*

**Certificate of Service**

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney and that this document was served via email on the Office of the United States Attorney.

**Margulis Gelfand, LLC**

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND
IAN T. MURPHY
7700 Bonhomme Ave., Ste. 750 St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile:314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*