# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3148
_____

United States of America

Plaintiff - Appellee

v.

Mohammed Almuttan, also known as Abu Ali

Defendant - Appellant

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cr-00234-RLW-1)

_____

## JUDGMENT

Before LOKEN, ERICKSON and STRAS, Circuit Judges.

    This case is remanded to the district court sua sponte based on the joint motion to remand which was filed on April 5, 2023. The court's mandate shall issue forthwith.

October 06, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans