# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3148

United States of America

Appellee

v.

Mohammed Almuttan, also known as Abu Ali

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:17-cr-00234-RLW-1)

---

**MANDATE**

In accordance with the judgment of October 6, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit