UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:17CR00234 RLW |
| ) | |
| MOHAMMED ALMUTTAN, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 7, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, ordering forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Conspiracy to Traffic in Contraband Cigarettes, in violation of Title 18, United States Code, Section 371, and certain specific assets;

WHEREAS, based upon the evidence in Defendant Mohammed Almuttan's Guilty Plea Agreement and that was presented at Defendant's plea hearing, the Court finds that Defendant had an interest in the Subject Property and that the requisite nexus exists between the Subject Property and the offense to which Defendant has pleaded guilty;

WHEREAS, in accordance with Federal Rule of Criminal Procedure 32.2(b)(6) and Title 21, United States Code, Section 853(n)(1), notice of Preliminary Order of Forfeiture was posted on an official internet government forfeiture site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 9, 2022, and ending on August 7, 2022, and further notified all third

parties of the right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, and, to the extent practicable, direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture;

AND WHEREAS the Court has been advised that no third-party petitions have been filed claiming an interest in the property sought to be forfeited;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That Defendant is ordered to forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense of Conspiracy to Traffic in Contraband Cigarettes.

2. That the following Subject Property belonging to Defendant is hereby condemned and forfeited as to all parties, and full right, title, and interest is hereby vested in the United States of America to be disposed of according to law:

    (a) Approximately $11,677.00 US Currency;

    (b) Approximately $68,376.00 US Currency;

    (c) Approximately $2,110.00 US Currency;

    (d) Approximately $90.00 U.S. Currency;

    (e) Approximately $880.00 U.S. Currency;

    (f) Approximately $114,580.00 U.S. Currency;

    (g) Approximately $13,144.86 U.S. Currency;

    (h) Approximately $31,989.42 U.S. Currency;

    (i) Approximately $62,640.00 U.S. Currency;

    (j) Approximately $38,631.00 U.S. Currency;

(k)     Approximately $65,039.07 U.S. Currency;

(l)     Approximately $29,426.00 U.S. Currency;

(m)     Approximately $9,360.00 U.S. Currency;

(n)     Approximately $12,980.29 U.S. Currency;

(o)     Approximately $3,505.00 U.S. Currency;

(p)     Approximately $6,585.00 U.S. Currency;

(q)     Approximately $5,840.00 U.S. Currency;

(r)     Approximately $1,130.00 U.S. Currency;

(s)     Approximately $400.00 U.S. Currency;

(t)     Approximately $60.00 U.S. Currency;

(u)     Approximately 33 Money Gram Orders, equal to the amount of $5,170.15 U.S. Currency;

(v)     Approximately $111,136.99 in funds from First Bank account #...2005;

(w)     Approximately $76,862.95 in funds from First Bank account #...2254;

(x)     Approximately $3,713.35 in funds from Bank of America account #...3953;

(y)     Approximately $4,992.24 in funds from Bank of America account #...5251;

(z)     Approximately $29,878.22 in funds from Bank of America account #...0908;

(aa)    Approximately $3,530.57 in funds from Bank of America account #...0238;

(bb)    Approximately $10,175.01 in funds from Bank of America account #...4066;

(cc)    Approximately $18,771.70 in funds from Bank of America account #...4717;

(dd)    Approximately $8,889.23 U.S. Currency from Bank of America acct#...4901;

(ee)    Approximately $4,620.64 U.S. Currency from Bank of America acct#...5685;

(ff)    Approximately $10,021.45 U.S. Currency from Bank of America acct#...7651;

(gg)     Approximately $15,286.26 U.S. Currency from Bank of America acct#...0555;

(hh)     Approximately $7,065.48 U.S. Currency from Bank of America acct#...5060;

(ii)     Approximately $13,804.07 U.S. Currency from Bank of America acct#...0070;

(jj)     Approximately $243,317.14 U.S. Currency from First Bank acct#...2199;

(kk)     Approximately $289,547.54 U.S. Currency from First Bank acct#...1268;

(ll)     Approximately $1,842.69 U.S. Currency from First Bank acct#...2306;

(mm)     Approximately $683,850.12 U.S. Currency from Great Southern Bank acct#...8246;

(nn)     2014 Ford Taurus, VIN: 1FAHP2H83EG150757;

(oo)     2016 Mercedes Sprinter Van, VIN: WD3PE7DD2GP292946;

(pp)     4,223 cartons of cigarettes;

(qq)     Glock 17 9mm handgun, SN: XAV564;

(rr)     Glock 17 9mm handgun, SN: LN028;

(ss)     Derringer CB9 9mm handgun, SN2: CT166992;

(tt)     North American Arms Magnum .22 handgun, SN: E314745;

(uu)     Rossi 971 .357 revolver, SN: GN743267;

(vv)     Browning Hi-Power MKIIIS .9mm pistol, SN: 511ZW51000;

(ww)     Beretta 9mm pistol, SN: BER460524, including 9mm ammunition and magazine;

(xx)     CZ 75 D Compact pistol, SN: B787042, including 9mm magazine;

(yy)     Tavor SAR .223 rifle, SN: T0034719, including .223 ammunition;

(zz)     Eotech gun sight, SN: A0949506 and Sightmark laser sight;

(aaa)    Beretta 9mm pistol, SN: K22828Z, including 9mm ammunition and magazine;

(bbb)   Mosin Nagant rifle, SN: Unknown;

(ccc)   Ruger revolver, SN: 54152385,

(ddd)   Bushmaster XM-15 rifle, SN: BK5205424, including .223 ammunition and magazine;

(eee)   Ruger SR9 pistol, SN: 330-66739, including 9mm ammunition and magazine;

(fff)   Rifle scope, SN: 5MM16629;

(ggg)   Steyr M9 9mm handgun, SN: 040956, including 9mm ammunition and magazine;

(hhh)   H&R revolver, SN: R16228;

(iii)   Springfield Armory handgun, SN: X5902467, including .380 ammunition and magazine;

(jjj)   Smith & Wesson pistol, SN: RBE2632, including .40 caliber ammunition and magazine;

(kkk)   Springfield Armory semi-automatic pistol, SN: Unknown, including 9mm ammunition and magazine;

(lll)   Sig Sauer handgun, SN: AM161503, including all ammunition and magazines;

(mmm)   Glock handgun, SN: EBT187US, including all ammunition and magazines;

(nnn)   Feg Hungary handgun, SN: R44735, including all ammunition and magazines;

(ooo)   New England 12 gauge shotgun, SN: NY509895;

(ppp)   Rock River rifle, SN: AV4025159;

(qqq)   Additional miscellaneous ammunition, attachments and magazines;

(rrr)   Hyosung 1500 ATM, Terminal ID# P181843;

(sss)    Hantle 1700 ATM, Terminal ID# P288811;

(ttt)     Hantle 1700 ATM, Terminal ID# P235335;

(uuu)    Hyosung 1500 ATM, Terminal ID# P205196;

(vvv)    Hyosung 1520 ATM, Terminal ID #P297338;

(www)  Hyosung 1500 ATM, Terminal ID #P244872;

(xxx)    GenMega 2500 ATM, Terminal ID# P189178;

(yyy)    Tranax 1700 ATM, Terminal ID# P221894;

(zzz)    Hyosung 1800 ATM, Terminal ID# P265004;

(aaaa)  Tranax 1700W ATM, Terminal ID# P149717;

(bbbb)  Tranax 1700W ATM, Terminal ID# P149722;

(cccc)  Hyosung Halo-II ATM, Terminal ID# P149718;

(dddd)  Tranax 1700W ATM, Terminal ID# P149724;

(eeee)  Hyosung 2700T ATM, Terminal ID# P225185;

(ffff)    Tranax 1700W ATM, Terminal ID# P149715;

(gggg)  Approximately 2 gold-colored bracelets;

(hhhh)  Approximately 2 gold-colored rings;

(iiii)     Gold colored necklace;

(jjjj)    Rolex white face watch;

(kkkk)  Rolex black face watch;

(llll)    Police badge;

(mmmm)   Club cards;

(nnnn)  Sams Club membership card;

(oooo)  Approximately 7 EBT cards;

(pppp) Approximately 5 pre-paid debit cards;

(qqqq) RJ Reynolds rebate check in the amount of $3,829.20; and

(rrrr) RJ Reynolds rebate check in the amount of $12,266.40.

3. That the United States District Court shall retain jurisdiction for the purpose of enforcing this Order and permitting amendments hereto as set forth in Federal Rule of Criminal Procedure 32.2.

The Clerk is hereby directed to send copies of this Order to all counsel of record and the United States Marshal.

So ordered this _____ day of _____ , 2023.

_____
HONORABLE RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE