**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 4:17CR00234 RLW |
| DEFENDANT | TYPE OF PROCESS |
| Mohammed Almuttan | Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$68,376.00 U.S. Currency

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Asset Forfeiture Unit
Office of the U.S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

17-DEA-631489- Per Final Order of Forfeiture, to be disposed of according to the law.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Kyle T. Bateman
TELEPHONE NUMBER: 314-539-7740
DATE: 02/09/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 44
District to Serve No.: 44
Signature of Authorized USMS Deputy or Clerk: C Rongey
Date: 2/9/2024

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Signature of U.S. Marshal or Deputy: Danielle Ross

REMARKS: $65
2/8/2024 - Asset DISPOSED According TO LAW

Form USM-285
Rev. 03/21