**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 4:17-CR-234-RLW |
| **v.** ) | |
| ) | |
| **MOHAMMED ALMUTTAN,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Defendant Mohammed Almuttan appeals to the United States Court of Appeals for the Eighth Circuit from the judgment and sentence entered October 3, 2022 (Doc. 2296), the amended judgment and sentence entered on February 5, 2024 (Doc. 2667), and the two sealed orders entered on February 2, 2024 (Docs. 2659 and 2660).

Respectfully submitted,

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*

2

**Certificate of Service**

I hereby certify that I filed the foregoing through the Court's CM/ECF system which will provide notice of filing to all counsel of record.

*/s/ Justin K. Gelfand*
JUSTIN K. GELFAND, #62265
IAN T. MURPHY, #68289
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
ian@margulisgelfand.com
*Counsel for Defendant*
